669 A.2d 238

*IN THE MATTER OF IRVING SILVERMAN,*
*AN ATTORNEY AT LAW.*

January 16, 1996.

## ORDER

The Disciplinary Review Board on November 1, 1995, having filed with the Court its decision concluding that **IRVING SILVERMAN of NEWARK,** who was admitted to the bar of this State in 1959, should be suspended from the practice of law for a period of six months, respondent having pleaded guilty to one count of a federal information charging him with willful failure to file a federal income tax return for calendar year 1988, in violation of 26 *U.S.C.A.* § 7203, and good cause appearing;

It is ORDERED that **IRVING SILVERMAN** is hereby suspended from practice for a period of six months, effective March 1, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.